FILED

OCT 2 0 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09 CR 860 |
| ) | |
| v. ) | Violation: Title 18, United States |
| ) | Code, Section 1791(a)(2)and (b)(3), |
| MATTHEW NOLAN ) | 1519, and 2. |
| ) | |

JUDGE GETTLEMAN

**COUNT ONE**       MAGISTRATE JUDGE KEYS

The SPECIAL AUGUST 2009-1 GRAND JURY charges:

1.      At times material to this indictment:

        a.      The Metropolitan Correctional Center-Chicago, ("MCC,") operated by the United States Bureau of Prisons, was a federal correctional, detention, and penal facility.

        b.      MATTHEW NOLAN was an inmate at the MCC.

2.      On or about March 11, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

MATTHEW NOLAN,

defendant herein, while an inmate of a prison, did knowingly make and possess a prohibited object, namely, approximately thirty-one feet of rope, which was an object designed and intended to be used to facilitate an escape from the MCC;

In violation of Title 18, United States Code, Section 1791(a)(2).

1

## <u>COUNT TWO</u>

The SPECIAL AUGUST 2009-1 GRAND JURY further charges:

1.     The allegations of Paragraph One of Count One of this Indictment are realleged and incorporated as though fully stated herein.

2.     On or about March 11, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

MATTHEW NOLAN,

defendant herein, while an inmate of a prison, did knowingly make and possess a prohibited object, namely, a harness, which was an object designed and intended to be used to facilitate an escape from the MCC;

In violation of Title 18, United States Code, Section 1791(a)(2).

## COUNT THREE

The SPECIAL AUGUST 2009-1 GRAND JURY further charges:

1.     The allegations of Paragraph One of Count One of this Indictment are realleged and incorporated as though fully stated herein.

2.     On or about March 11, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

### MATTHEW NOLAN,

defendant herein, while an inmate of a prison, did knowingly make and possess a prohibited object, namely, a razor blade, which was a weapon and an object designed and intended to be used as a weapon and to facilitate an escape from the MCC;

In violation of Title 18, United States Code, Section 1791(a)(2).

## COUNT FOUR

The SPECIAL AUGUST 2009-1 GRAND JURY further charges:

1.    The allegations of Paragraph One of Count One of this Indictment are realleged and incorporated as though fully stated herein.

2.    On or about March 11, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

MATTHEW NOLAN,

defendant herein, while an inmate of a prison, did knowingly make and possess a prohibited object, namely, a metal clip, which was an object designed and intended to facilitate an escape from MCC;

In violation of Title 18, United States Code, Section 1791(a)(2).

## COUNT FIVE

The SPECIAL AUGUST 2009-1 GRAND JURY further charges:

Between on or about March 3, 2009 and on or about March 19, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

MATTHEW NOLAN,

defendant herein, did knowingly cause another to alter, destroy, mutilate, and conceal a record, document, and tangible object, namely, the contents of a Sentry safe - model S3510, with intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department or agency of the United States, namely, the Federal Bureau of Investigation, and in relation to and contemplation of such a matter;

In violation of Title 18, United States Code, Sections 1519 and 2.

A TRUE BILL:

_____
FOREPERSON


_____
UNITED STATES ATTORNEY