**TRANSCRIBED FROM DIGITAL RECORDING**

```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


UNITED STATES OF AMERICA,        ) Docket No. 09 CR 860-1
                                 )
        Government,              )
                                 ) Chicago, Illinois
             vs.                 ) November 13, 2009
                                 ) 9:35 o'clock a.m.
MATTHEW NOLAN (1),               )
                                 )
        Defendant.               )

                  TRANSCRIPT OF PROCEEDINGS - Motion
                  BEFORE THE  HONORABLE ARLANDER KEYS

APPEARANCES:
For the Government:      HON. PATRICK J. FITZGERALD
                        UNITED STATES ATTORNEY'S OFFICE
                        BY:  MR. MICHAEL JOHN CHMELAR
                        219 South Dearborn Street
                        Suite 500
                        Chicago, Illinois  60604

For the Defendant:      LATHAM & WATKINS LLP
                        BY:  MR. ZACHARY THOMAS FARDON
                        233 South Wacker Drive
                        Suite 5800
                        Chicago, Illinois  60606

                        ATTORNEY AT LAW
                        BY:  MR. EUGENE STEINGOLD
                        111 West Washington Street
                        Suite 1437
                        Chicago, Illinois  60602


              LAURA LACIEN, CSR, RMR, FCRR, CRR
                   Official Court Reporter
          219 South Dearborn Street, Suite 1902
                 Chicago, Illinois  60604
                     (312) 408-5032
```

**\*\*PLEASE NOTIFY OF CORRECT SPEAKER IDENTIFICATION\*\***
**NOTE:   FAILURE TO STAND NEAR THE MICROPHONE MAKES PORTIONS**
**UNINTELLIGIBLE AND INAUDIBLE.**

(The following digitally-recorded proceedings were had in open court:)

COURTROOM DEPUTY: 09 CR 860, United States of America versus Matthew Nolan; motion for substitution of counsel and continue the detention hearing.

That's supposed to come on by itself, right?

THE COURT: Yeah. It's supposed to come on automatically. We've been filibustering here waiting for this thing here to come on.

UNIDENTIFIED SPEAKER: 860, right?

COURTROOM DEPUTY: 860.

THE COURT: Joe Novak, he said he doesn't have to be here. This thing at 9:30, it's supposed to go on like clock-work but it didn't work.

MR. CHMELAR: No. It didn't, Judge.

Michael Chmelar, C-h-m-e-l-a-r, on behalf of the United States.

THE COURT: Good morning.

MR. FARDON: Good morning, your Honor. Zachary Fardon, F-a-r-d-o-n. I filed the motion for appointment of counsel.

THE COURT: Good morning, Mr. Fardon.

MR. STEINGOLD: Judge, my name is Gene Steingold. I'm a panel attorney. I received a call to file my appearance here.

THE COURT: Okay. Have you, Mr. Steingold, talked with Mr. Nolan?

MR. STEINGOLD: I met with him yesterday; yes.

THE COURT: Okay. And we were supposed to have him on video. Do you and Mr. Fardon feel comfortable without -- proceeding without him being on video?

UNIDENTIFIED SPEAKER: Your Honor, I think it's prudent that we do that if necessary, yes, assuming the Court is prepared to go forward with the appointment. That really is the purpose this morning.

THE COURT: Well, I -- you know, I heard your --

COURTROOM DEPUTY: Joe.

THE COURT: Here he is.

COURTROOM DEPUTY: Joe, it didn't kick on.

THE COURT: It didn't kick on.

MR. FARDON: Your Honor, I'd like to apologize to the Court and the government as well for noticing this at 9:00. I intended to notice it for 9:30 and --

THE COURT: That's all right. That's okay. Fine.

MR. FARDON: Mr. Steingold is not here until 9:30 because I told him 9:30 so that's my apology to all.

MR. NOVAK: Can I use your phone? I might have to call Washington.

I'm sorry, sir. My apologies.

Tim, this is Joe Novak. Were you able to -- I'm not

seeing no image. All right. Okay. Okay. I'm sorry.

He's got two simultaneous calls going through so he's checking on the other one. He'll get right back with me.

(Brief pause.)

MR. NOVAK: Is your FTR working okay because Dan installed it yesterday?

COURTROOM DEPUTY: Yeah. He was working on it --

MR. NOVAK: Okay.

COURTROOM DEPUTY: -- and was playing it back and forth.

MR. NOVAK: Okay.

(Brief pause.)

(Music playing.)

UNIDENTIFIED SPEAKER: Can you put a different station on?

(Laughing.)

(Brief pause.)

MR. NOVAK: This is going through Washington and so he's tied up with two calls and he's trying to get the other one fixed and he's trying to get this one. Call Washington, they go across the street.

THE COURT: Just going across the street.

UNIDENTIFIED SPEAKER: Your Honor, I did speak with Mr. Madden and I indicated to him that I would be asking for

a continuance with the Court following my substitution of appointment.

MR. FARDON: And to that end, your Honor, I've concluded for always as long as the Court wants. But to that end, I also have met previously with Mr. Nolan to let him know that I contacted Mr. Steingold and Mr. Steingold would be representing him and he would be coming to see him; and that in lieu of the bond appearance, that this motion would be filed and Mr. Steingold, subject to approval of the Court, would be appointed to represent him.

So in terms of that context and the substance of what we expected to happen this morning, he's fully aware and I think prepared for that.

THE COURT: Okay. We might have to -- we might have to proceed without him being on the screen. I just wanted to -- all I would ask him is whether he's agreed but you've told me that he's agreed, that both you and Mr. Steingold.

MR. FARDON: That's accurate, your Honor.

THE COURT: Okay.

MR. NOVAK: Did you want to continue this or just not --

THE COURT: No. We don't -- what we'll do is as -- I've got the statement from Mr. Fardon and from Mr. Steingold that both have talked with Mr. Nolan about Mr. --

MR. NOVAK: No. It's --

THE COURT:  -- (unintelligible).

MR. NOVAK:  Did you dial 554-8312?

UNIDENTIFIED SPEAKER:  In fact, your Honor, I submitted a financial affidavit --

MR. NOVAK:  Yes.

UNIDENTIFIED SPEAKER:  -- that I prepared of the defendant at this time.

THE COURT:  Okay.  And looking at the financial affidavit, he cannot appoint --

MR. NOVAK:  Oh, I'm sorry.  8390, yes.

THE COURT:  I'll appoint --

MR. NOVAK:  Yes.

THE COURT:  I'll give leave to Mr. Fardon to withdraw as counsel --

MR. NOVAK:  I'm not seeing no image.

THE COURT:  -- and we'll appoint Mr. Steingold as counsel for --

MR. NOVAK:  All's I'm seeing is --

THE COURT:  And, of course, the government has no objection to that?

MR. NOVAK:  Just my own camera.

MR. CHMELAR:  No objection, your Honor.

THE COURT:  All right.  It's done.

UNIDENTIFIED SPEAKER:  What I'd like to do, your Honor, is to -- since this was set this for a detention

hearing to have Pretrial Services interview Mr. Nolan as far as --

MR. NOVAK:  No.  Hold on.

THE COURT:  Have they interviewed him already?

UNIDENTIFIED SPEAKER:  I don't believe so, your Honor.

THE COURT:  All right.  We'll notify Pretrial Services to conduct an interview with Mr. Nolan.  He's in custody at the MCC.

MR. CHMELAR:  Judge, I did -- for the record, I did notify Pretrial Services prior to arraignment.  I'm not sure they've gotten over to the MCC yet.  I did have contact with the Pretrial Service officer assigned to the case.

UNIDENTIFIED SPEAKER:  In fairness to Ms. Norwood of Pretrial Services, she did get over to the MCC and I actually coincidentally bumped into her there and let her know that we were still in the process of seeking her appointed counsel so she deferred it until this occurred.

THE COURT:  All right.  Please let her know that we need a Pretrial Services report.

Any particular date, Mr. Steingold, that you want to seek release in this case?

MR. STEINGOLD:  Well, I don't know how long it's going to take for him to prepare the report.  I believe there is a status on the 24th in front of Judge --

MR. CHMELAR: There is a status set, Judge, with Judge Gettleman for 9:15 on the 24th.

MR. NOVAK: I am not receiving any image from the far side or audio.

THE COURT: Okay.

MR. NOVAK: Okay.

THE COURT: Okay. So we don't need it anymore.

MR. NOVAK: Hey --

(Loud beeping.)

THE COURT: We're finished.

MR. NOVAK: Okay. Well, he's good. He's good. He's dialing up again, so.

THE COURT: Okay. So what were we talking about?

MR. NOVAK: Okay.

MR. CHMELAR: The date for the detention hearing, Judge. We have a status with Judge Gettleman on November 24th.

MR. NOVAK: Okay.

MR. CHMELAR: I'm not sure what your Honor would like to -- when to set the detention hearing prior to the status.

THE COURT: The 24th. I can fit him in. It doesn't matter with me. How about you, Mr. Steingold, you want to do it --

MR. STEINGOLD: Well, I could be here the next

Friday assuming that the report is complete.

COURTROOM DEPUTY:  Friday, November 20th.  A week from today?

THE COURT:  Yeah.

COURTROOM DEPUTY:  At 9:30?

THE COURT:  You want to do it next Friday, Mr. Steingold?

MR. STEINGOLD:  It's fine with me, Judge.

THE COURT:  All right.

MR. CHMELAR:  That date is available to the government.

THE COURT:  9:30 for the detention hearing of Mr. Nolan.  And, Mr. Fardon, you are withdrawn.

MR. FARDON:  Thank you, your Honor.

THE COURT:  Thank you much.  That's it.

UNIDENTIFIED SPEAKER:  Thank you, Judge.

THE COURT:  You're welcome.

You can cut it off now.

MR. NOVAK:  Well, he's got me on the music.  I can't tell him to cut it off; and it's not going through, anyways.

THE COURT:  Okay.  We'll call the next case.

(Which concluded the proceedings in the above-entitled matter.)

C E R T I F I C A T E

I hereby certify that the foregoing is a transcription of proceedings transcribed from digital proceedings held before the Honorable Arlander Keys on November 13, 2009.

*/s/Laura LaCien*

_____          *November 16, 2009*
Laura LaCien                                        Date
Official Court Reporter