







Item found 3/11/09 in Nolan 22734-424 cell: 19' 5" improvised rope

Item found 3/11/09 in Nolan 22734-424 cell:
Braided repelling harness



Case: 1:09-cr-00860 Document #: 40-2 Filed: 06/28/10 Page 5 of 5 PageID #:126



Item found 3/11/09 in Nolan 22734-424 cell:
Clip from ink pen. Possibly intended to shim handcuffs open.