## Robert A. Reff, M.D., P.C., F.A.P.A.

233 East Erie Street, Suite 707
Chicago, Illinois 60611
Telephone: (312) 981-3370
Fax: (312) 981-3375
rareff@hotmail.com

April 7, 2010
Eugene Steingold
111West Washington Street
Chicago, Illinois
60602

RE: Matt Nolan

Dear Mr. Steingold,

As I am sure that you are aware, I was Mr. Nolan's treating psychiatrist. I worked with him from our initial visit on April 27, 2005 until he was incarcerated. I have had no direct contact with Mr. Nolan subsequently.

Mr. Nolan was being treated for Attention Deficit Hyperactivity Disorder. He stated that he had a history of this disorder for many years. He gave a history of having been seen by at least three other psychiatrists in the past and had been given a diagnosis of Bipolar Affective Disorder as a consequence of his mood swings and impulsivity. He had been treated with Lithium Carbonate for Bipolar Disorder for at least one year. Mr. Nolan took himself off of this medication and found that he was actually functioning better. Approximately one year prior to his initial appointment with me, he was started on Adderall XR, a psychostimulant that is indicated for the treatment of Attention Deficit Hyperactivity Disorder. In addition, Mr. Nolan indicated that he had been a participant in the trials for Lexapro, an antidepressant, and had found this medication to have been beneficial to him.

Mr. Nolan indicated that not only did he find himself better able to focus and concentrate, but his mood swings and level of impulsive behaviors dramatically diminished once he was started on Adderall XR. Throughout the period of time that Mr. Nolan worked with me, he continued to take Adderall XR 30mg twice per day.

Given Mr. Nolan's response to Adderall XR, it is my opinion, based on a reasonable degree of medical psychiatric certainty that an abrupt discontinuation of Adderall XR would rapidly have led to a recurrence of mood instability, diminished focus and attention and most importantly, a recurrence of limitation of his impulse control and judgment.

It is not a surprise that he began to function better after Venlafaxine was started and this medication had attained a therapeutic level. Venlafaxine is an antidepressant that has characteristics of Lexapro (I.E. Serotonin enhancement) as well as characteristics of Adderall XR (I.E. Norepinephrine enhancement). Therefore, not only would his mood have improved, but his focus, attention, impulse control and judgment would also have improved once Venlafaxine was started and had attained a therapeutic level.

Very truly yours,

Robert A. Reff, MD, FAPA
Fellow, American Psychiatric Association
Board Certified, Psychiatry
Licensed to practice medicine in the State of Illinois and the State of Indiana