11/09 ir
424 cel
vised ro

Strips of bed sheet

Items recovered from Nolan's cell

Items recovered from Nolan's cell