Thomas E. Bump, M.D.
6918 S. Euclid Ave.
Chicago, IL 60649

May 29, 2010

Dear Judge,

I am a cardiologist who has been in practice for thirty years. My wife and my children
and I have lived at 6918 South Euclid Ave., Chicago, for twenty years. I have known
Matt and Erika Nolan since they became our neighbors 5 years ago. They are both very
friendly and open, and I have had many conversations with them. We have had Matt in
our house for Thanksgiving dinner, and I have visited the Nolans in their home on other
occasions. We have walked our dogs together around the neighborhood many times.

Matt is dedicated to his family. I remember his intense focus on finding help for Erika
when she became ill during her second pregnancy. His persistence (for example, in
seeking second and third medical opinions concerning Erika's shortness of breath) saved
her life and the life of PJ, their unborn son. He is a friendly and generous neighbor. After
he learned that I had made a real estate investment that appeared to be a total loss, he
spontaneously investigated the deal and obtained a background check on the man who
had taken my money. Matt did all of this at his own expense without asking anything
from me. He simply cared about my family.

Matt Nolan is a gentle, caring, generous, intelligent young man whom I am proud to
count as a friend.

Yours truly,

Thomas E. Bump, M.D.

May 19, 2010

Dear Judge

This message is sent to you as a character reference for Matt Nolan. It will
reflect the Matt we have come to know as an outstanding neighbor.

For over 40 years of residency in our home at 6936 So. Euclid in the Jackson Park
Highlands, we have seen neighbors come and go. We have had as next door neighbors,
four families living in the house now occupied by the Nolans. I can say without
reservation, that house has become a home. It now exudes family warmth never seen
before.

We met Matt when he began to renovate their new house in preparation for his family
moving in. He seemed so excited to have everything perfect and finished before his wife
and son were able to come. He shared with us that his wife was expecting their second
child and he wanted the house to be as perfect as possible for them. I was amazed at his
carpentry skills as he even showed us the bed that he was building for his wife.

Although Matt was constantly involved in the work in and around their house, he was
never to busy to not assist us during our own efforts to upgrade and renovate our
basement. Not only did he offer suggestions, he personally tackled projects beyond my
capacity.

It was not until his wife Erika and their two great little sons moved in, did we realize
what a loving, involved and caring husband and father Matt was.
It has been an absolute joy and delight to have Matt, Erika, Parker and P.J Nolan as
neighbors. They not only are our neighbors, they are our friends.


Respectfully,

Malcolm Hemphill

Gloria Hemphill

May 15, 2010

Dear Judge,

I first met Matt Nolan in 1988. His mother and I were co-workers at United Airlines Training Center in Elk Grove. Many evenings we would continue working at the Nolans' home in Barrington after work, and Matt was frequently there to give his mom a hand in the kitchen while she and I would sit around after dinner and discuss the training programs we were working on. Matt, then in his twenties, would sometimes pop his head out of the kitchen and offer his opinion on whatever it was we were talking about, always most politely. More often than not, his ideas were a welcome insight into how our young trainees would react to whatever lesson we were planning.

Over the years, the Nolan family and I became quite close. Due to some fantastic parenting on Chris and Brendan's part, all three boys were polite, creative, intelligent and adventurous. But Matt always had a special quality. He was the most outgoing and personable, but also very caring and loving with others.

In 1993 both of my parents were seriously ill, and I frequently had to go to California to help take care of them. I was living in an apartment in Schaumburg at the time, and had to leave my cat, "Ashes", alone for long periods of time. Matt offered to come by and spend time with Ashes whenever I was gone. He even moved in for weeks at a time, giving me tremendous peace of mine while I dealt with the seriousness of my parents' health. After they passed away in 1994 and I was able to spend more time at home, Matt continued to stop by and visit Ashes (and me!) just to see how we were doing.

Today, Matt's loving nature is most evident when he is with his family. His wife and children absolutely adore him, and he has always tried hard to give them not just a happy life, but a safe and secure one. His absence has been difficult for them, but it is evident that his deep love for Erika and the boys has kept them all positive and well adjusted.

Sincerely,

Rosie Lewis

4770 Del Mar Circle
La Verne, CA 91750
310-850-4318

rosielewis@earthlink.net

June 25, 2010

To whom it may concern:

I first met Matt Nolan in September 2007 through another very close friend. I was impressed with Matt's refreshingly positive attitude toward life and the seemingly limitless abundance of random factoids and tidbits he inserted into various conversations.

As I opened up to Matt about my life, and especially my past, I found that he was one of the most supportive and kind people I had ever known. I was orphaned at an early age, put into an abusive foster home and raised to think very little of myself. While I had already begun healing, Matt certainly helped me on a daily basis to support me, help me to laugh and enjoy life and to show me what true friendship is all about. Through many conversations about his beautiful boys and wife, I began also to see what true love looks like in a family. I had never seen that before in my life.

For December 2007, Matt traveled from Miami to be with his family for the holidays. I was in Miami alone. And surprisingly, Matt returned to Miami early from his own holiday so that I wouldn't be there by myself the entire time. This was something that friends I had known for ten years hadn't considered to do for me. Matt truly knew how to make me feel better about myself and not feel lonely.

Matt has always been there for me since the day I first met him. Even while he has sat in solitary confinement, I know he would not have me filter what I write to him. Rather than me worry about him being down for not being able to comfort me in person, I have been able to freely write Matt about my life including both positive and negative. He has written me beautiful letters to celebrate accomplishments with me as well as console me for failures and losses. Not only is Matt an incredible friend, but I now know how incredibly selfless he can be when necessary.

I would ask that the judge in Matt Nolan's case please consider all these wonderful traits about him when determining Matt's sentencing. Matt's family desperately needs his love and support on a daily basis, in person, in their home. And I, selfishly, need my friend back.

Rachel A. Montague | Tel. +1 305 767 0880

Dear Judge,

I am writing this character reference for a dear friend of mine, Matthew Francis Nolan.
I met Matt over 3 years ago when he walked into my store to get coffee one day. We
immediately struck up a conversation and just kept up with one another as the weeks and
months went by. I knew he was a sincere person just by talking to him for a few minutes
a few days a week, but he really proved himself to be a hero when the time came around.
When I met Matt, I was in an abusive relationship, both emotional and physical, but I
was unwilling to see that. Matt noticed a few things and asked some questions and was
there for me more than I could have asked for. He was like the older brother I never had
but always wished and hoped for. When there came a time between my boyfriend and I
that I was truly scared for my life, Matt was there. He helped me realize that I was better
than all of this and had friends and family who would be there for me no matter what. He
knew that I would be unable to call the police myself, so he called them and they were
there instantly to help me and keep me out of harms way. Even though Matt couldn't be
there physically, he was there beside me carrying me through my own personal hell. Matt
made me feel ok about myself and encouraged me to keep smiling and move on. I will
never know what I did to deserve such a true and kind friend, but I am beyond thankful
every day for having met him. His love for his friends and family is indestructible. He
proved this without a doubt, talking about his children and wife and close friends on a
daily basis. They are what keep him strong, and he is what keeps us strong. He is one of
the kindest, most honest, sincere, brave and devoted people I have ever met. I will forever
be in debt to him.

Sincerely,

Miriam Habif

553 W. Oakdale Ave #215
Chicago, IL 60657
miriam.habif@gmail.com
312.912.3850

June 7, 2010


Dear Judge,


Thank you for taking the time to read my letter regarding Matt Nolan.

I met Matt's wife, Erika, at the University of Michigan in 1987 and we have been friends ever since. I was living in Chicago when Erika met Matt, so I have known him since 1994. I was present at their wedding in Chicago in 1999. Over the years, one thing that has always been obvious to me is how much Matt cares about Erika. I have never seen her happier than when she is with him.

I married and moved to London, England in 1997 where my husband and I lived until we moved to Minneapolis last year. As Matt's parents also lived in London during the same time, I was fortunate to see Matt on his visits home as well as on my trips back to the US.

As long as I have known him, Matt has always been a gentleman and a loving father and husband. I am reminded of Matt's generosity when I recall a visit I made to Chicago in 2005. I was staying at a hotel downtown, and meeting Erika and some girlfriends for dinner. Matt went out of his way to pick me up – when I could have easily taken a cab – and drop Erika and myself off at the restaurant. He returned after dinner to take me home. I realize this is a small act, but I think it highlights how kind Matt is. When I think of Matt, I think of many small acts of kindness such as this.

Having children myself, I can't imagine raising them without their father around. I hope for Parker and PJ's sake, Matt will be able to come home soon.

Thank you again for your time.


Sincerely,

Kathy Ganley
4704 Merilane
Edina, MN 55436
(952) 818-4061
kkganley@gmail.com

Dear Judge-

I have known Matt and Erika for 16 years.  I actually met both of them on the day of their first date.  Erika and I were colleagues at Saks Fifth Avenue and through Erika, I came to know Matt.  The two of them became great friends of mine.  I was able to watch their relationship grow into what it is today.  They always included me in everything they did and never ever made me feel like the third wheel.  Matt was always there when I needed someone to talk too.  He truly is a very caring and gentle person and would always put the needs of someone else before his own needs.  I have always considered Matt and Erika one unit.  One without the other is not good for either of them, or their children. He truly is a caring and loving husband and father.  Erika and the children benefited from having him be there for them.  I know that it has been devastating to them to have him away from them and in jail and I know that the sooner he can return to being a husband and father, the better for Erika and the kids.

Thank you
Dawn

Dawn Carson-Bays
4121 McKinney Ave #31
Dallas, TX  75204
773-220-4895

Dear Your Honor

I'm writing this letter on behalf of Matt Nolan, a very dear friend. I got to know Matt in 1997 when he became my neighbor, He was always willing to help anyone, very friendly and out going. Matt was always looking for the good in everyone he met, always willing to lend a hand to anyone he met. I have been in law enforcement for over 20 years, I usually can spot a no good slick person before they start to speak, thats why I think there must be some kind of mistake in accussing Matt of wrong doing, I always admired Matt for being a hard worker and a good family man. I think the real truth will come out, and everyone will see that Matt is not capable of what he is accussed of. Matt is the type of guy you would want on your side in any type of situation.

Sincerly Yours
Craig D. Cole

Friday Cottage
Lower Quinton
Stratford on Avon
Warks CV37 8SQ
21.5.10

To whom it may concern

I am Matthew Nolan's aunt. I have known him since he was eight years old when I married into the family.

Matthew is kind, loving, loyal, honourable & generous. Please restore him to his spread family.

Yours faithfully

Kim Nolan

KIM NOLAN (Mrs)