11 May 2010

Your Honor,

First, I want to thank you for taking the time to read all of the character references for my husband, Matt Nolan. I hope you will see the compassionate, generous and honest side of Matt that all of this friends, family and colleagues have seen over the course of his life.

Matt and I have known each other since we we were young adults living in Chicago as our careers were just blossoming. The fateful day we met was nearly 16 years ago to the day. That day changed my life forever. I met my soul mate, my best friend and five years later he became my husband. Matt and I have been happily married since June 1999. I never imagined I would be celebrating our 11 year wedding anniversary without him. Matt is the most passionate and loyal husband a woman could ever ask for, not to mention that he is an amazing loving father. Matt would give his lay down his life for our sons Parker and PJ. He is completely selfless.

Our oldest son, Parker, was born three years after we were married. So Matt and I had an adventurous start to our life together. We were able to concentrate on our careers, our business, our home, our dog and we managed to find time to travel and explore the world. We nurtured each other. As content and fulfilled as our life felt when it was just the two of us, we never knew that when we became parents our lives would feel truly complete. There is nothing compared to the warm and enamored feeling you get by looking into the eyes of your child and seeing yourself and your partner in another human being. We felt truly blessed. Matt took to fatherhood like everything else in his life. He was a natural from the moment he held Parker in his arms.

Matt is a strong man full of courage and determination. Matt never gives up and he wants to instill that same philosophy in his boys. One of many examples was when I was eight weeks pregnant with our second son. I was in severe pain and was having a difficult time breathing when my doctor instructed me to get to the emergency room immediately. Matt, of course, dropped everything and raced me to the hospital. The attending physician was ready to send me home to rest as they could not identify the reason for my severe chest pain. Matt did not feel comfortable with the diagnosis so with his conviction he took it upon himself to get another doctor's opinion. He would not take no for an answer. He kept fighting. Finally, Matt met Dr. Beech, and he got to the bottom of my problem. After countless tests, numerous ultrasounds and finally a controversial CAT scan the doctors found that my lungs were filled with blood. If the attending physician had sent me home; if we had taken his word; if Matt had not convinced the other doctors to re-examine me, I would have gone home that day and would have died from a pulmonary embolism. My husband saved my life. He saved our son PJ's life. And you may think that one man could only accomplish this type of feat maybe once in a lifetime, but I am here tell you that I am not the only life he has saved and I know it won't be the last.

The last 15 months have felt like a lifetime. Having the strength to continue without my husband by my side has been extremely difficult and devastating for all of us. I feel as though a huge part of me is missing. I am a better person because of Matt, Matt is a man who is empty without his family and our boys are not truly fulfilled if they don't have their Dad. Parker and PJ need Matt's selflessness, his support, his guidance and his love to help them through life's milestones. We want nothing more than to be reunited as a family. I am asking you from the bottom of my heart and soul to please consider all of these characteristics when making your decision.

Matt embodies integrity and composure. Simply put he is a courageous and charismatic man who has an amazing ability to leave a lasting impression on everyone he meets. He is a devoted husband, a tender father, a captivating friend and an honorable man. I can't imagine my life, my boys life, without him.

Fondly,

Erika Nolan

6930 South Euclid Ave Chicago IL 60649 erikanolan@gmail.com 773 363 0830

Friday, June 25th 2010

Dear Judge,

I am Parker Nolan. I am 7½ years old. My brother,

P.J., is 4½ years old. We love our dad very much.

Here are the reasons why.

1. He carries us on his shoulders
2. Plays outside with us
3. He takes Jacuzzis with us
4. He goes to the beach with us
5. He plays lightsabers with us
6. He takes the dogs for a walk with us
7. He watches movies with us
8. He snuggles with us
9. He reads books with us
10. Because he loves us


Please bring our Dada Home Safely! We miss him

very much. We wish he was here because...
No more hugs and kisses, No more snuggles, No more laughs.

Sincerely, Parker and P.J. Nolan



Dear Judge,

I am writing this character reference for Matt Nolan, my host dad, caregiver and friend. After my high school in 2006, I decided to go America as an Au-Pair to experience new people, a new culture and to find out who I really am. This was going to be my first time overseas, far away from my own family and in a country that I thought would be so much different from my home country, Germany. The thought that I was going to live in a family that I have never met before made me scared and nervous. I clearly remember the 14th of August in 2006 when I first met the Nolan family; Erika, Matt, Parker and PJ: It was already night time and every part of the family welcomed me as the fifth family member that finally has arrived. Because my English was only decent at that moment of time, I still felt insecure how to express myself and how to approach my "new family". Matt was the person who made me feel comfortable and who encouraged me to be open minded towards any new situation I would face anywhere in the world. He gave me the feeling to be a part of his family. He talked to me as if he already knew me for years and I connected to him the first moment we met. I knew that this year would be one that I would never forget. It turned out that I was right. It is the 23rd of May in 2010 now and when I look back to my time with the Nolan family, I realize that they shaped me to the person I became today. Especially Matt was the one I looked up to every day because I have never known a person who is more honest, who has more self control and courage than he has. I have grown to know him as a loving father and a loyal husband. He cares for his family and his friends more than he does for himself.

His character became clearly visible after he fought for me when I became really sick. During the night to the 2nd of December in 2006, I woke up and had extreme stomach aches. Matt realized right away that something was unquestionably wrong with me. Because I was in so much pain, he got me dressed and carried me to the car. I only have blurry pictures in my mind but I know that it was icy outside and every single inch of the streets was covered with snow. I could not even see the hand in front of my eye; everything was white, foggy and freezing cold. I experienced the drive to the hospital as a 'Formula One' racing contest because Matt would not loose a minute to get the right care for me. The car was shaking because of the icy streets but Matt kept being in control to get me safely to our destination. He quickly took me out of the car and carried me into the emergency hospitalization. I remember

that he was arguing with the doctors because they insisted to do the paper work before they would execute any medical care on me. I was crawling on the ground because my stomach just hurt so much. My thoughts went crazy and I only wanted someone to help me. Matt stood next to me every single second and would not leave me for any reason. The doctors thought I was drug poisoned, but Matt did not give up fighting for me. Finally, after the 12 hour medical examination, the Doctor told me that my intestine was twisted and that I was going to need surgery. I was overwhelmed because I clearly did not understand everything he told me; but it clearly did not matter to me because I just wanted this pain to be stopped. After this incident, I realized that Matt, with his strength of mind and with his courage, fought for me and convinced the doctors to do a plastic surgery closure instead of stitching my injury. Today, when my friends ask my about my huge scar on my stomach, I repeat the same story over and over again. I tell them how my friend, Matt Nolan, fought for me in the hospital and how he did not leave my side for more than 27 hours!

After this incident, Matt and I became very close friends. He visited me in the hospital every single day. We watched movies together and made fun of the nurses. When I got home he took great care of me. From that point on we shared lots of memories together, such as watching TV, having long and deep conversations, going to the movies, for dinner or to the beach. Every single second was a moment of delight and joy. Even after I left I have kept in touch with Matt, Erika, Parker & PJ. They are like a second family to me. Matt taught me who Iam and what I want in my life. I miss Matt! His family misses him. Please take this letter into consideration as you make your decision.

Fondly,

Contacts:

Johanna Theiling

Am Sonnenhang 8

49176 Hilter a.T.W.

Germany

Johanna.Theiling@gmx.de

+49 176 20533211

May 30th 2010

Dear Judge,

When I came to Chicago as an Au Pair Erika Nolan was pregnant with their littlest son Peter Jensen, I was 19 years old and it was the first time being away from home for such a long time. I didn't know anybody in town and Erika was working during day, because it wasn't an easy pregnancy, he was after work pretty exhausted. So Matt Nolan was taking care of me, in my time off we took the dogs for a walk, had ice cream at night, spend the evening in front of the TV. He made me feel at home. We had a lot of good talks (even if my English was worse than it is today!).
It was very important for me to have somebody to count on while in the foreign country. From the very first week I felt like a family member, as you see I am still in contact, since I left in August 2006, I traveled twice from Germany to Chicago to visit them.

Let me tell you about one situation when I was an Au Pair for the Nolan family. The whole family went to Florida on vacation, I stayed in Chicago and had some time off. One night I got in trouble, I lost my purse and a lot more happened. When Erika and Matt heard about what happened they didn't wait and they drove straight home. They drove all the way from Florida to Chicago without staying at a hotel at night, to be there for me and support me.

Matt is always taking care of everybody, the family, his friends, the Au Pairs as well as the staff who was working at the Cafe. He always had a minute to talk if there was a problem. He loves his family and does everything to make their life special, to give them only the best. I still have the situation in my mind when PJ was born, we went to the hospital to see them. When we came into the room, Matt was holding PJ, you could see how proud Matt was and the happiness in his eyes. Parker was a little shy, but Matt made him feel comfortable, so finally Parker was holding PJ in his small arms.

Matt was always working hard while I was in Chicago, he was opening the Cafe and had always a lot to do, but when he had a minute off we had a lot of fun mornings and afternoons together. We went swimming; we went to the beach and the playground. He welcomed me and my friends into their house for barbeques in the backyard during the summer months.

He was always trying to do the best for me. He helped me stay in contact with my family and friends at home in Germany. He gave me my own computer, when I ruined it he wasn't mad at me and let me use his computer. He was often giving me a ride downtown for me to see my friends, and when I was took the bus Matt and Erika made sure I was okay.

When I came to Chicago I was a foreigner, but never felt like a stranger, I was a family member from the very first week and even today, nearly five years later, I know they still consider me a part of their family and I am so grateful to be a part of their life. Please consider all of these things when you make your decision.

Kind regards,

Marie Waldmann ( Au Pair from August 2005-August 2006)

Marie Waldmann • Karl-Marx-Str. 104 • 12043 Berlin • Germany • Marie.Waldmann@yahoo.de • 0049 176 800 54 556

The Coach House
46a Highgate West Hill
London N6 6DB

23 May 2010

Dear Judge,

My name is Christina Jensen Nolan, and I live in London, England. Although I am an American citizen, I have lived a great deal of my life in London. My husband, Brendan, was British. I worked as a flight attendant, as well as teaching English to Adult Speakers of other languages. My husband was an advertising copy-writer and for thirty years he ran his own marketing consultancy. We were married in 1967, and had three sons. Now I have three daughters-in-law and 6 grandchildren as well.

I am writing to give testimony to the good character of Matthew Francis Nolan. As his mother I know that he is a loving, kind, generous and hard-working man. He is my oldest son. He was born and raised in London, although we spent some years in Chicago, and Matthew settled there. Matt was always bright and imaginative, and did quite well at school. He has never been afraid of hard work, and he tried a number of jobs when he left school. He worked in restaurants and at one time had his own restaurant, and two coffee bars.

It is hard for me to put into words the kind of wonderful person that he is, but perhaps an example will help. When Matt was working in Paris as a young man, he decided that he was drinking too much and joined Alcoholics Anonymous. He is now 41, and has not had a drink for 20 years. A few years after he joined AA he had returned to Chicago, when my husband was having problems with his business, and had begun to drink to excess as well. Matt was the one who persuaded his dad to try AA and took him to meetings, got him a sponsor, and helped Brendan turn his life around.

Brendan never drank again. He died last year after a long bout with cancer. It was unbearably sad for him to die without having seen his son for a year. But Matt wrote to him every week and more often towards the end, which was a great help. Not having Matt with the rest of us at that sad time was terrible for us all.

Matthew has a devoted wife and two beautiful sons who long to have their father returned to them. Nothing will ever replace the time together that they have lost.

Thank-you for your consideration.

Sincerely Yours,

Christina Nolan

From John Nolan. Stratford-upon-Avon, England
16 May 2010


Your Honor,

In 2002 some 18 months before reaching the age when my pension endowment policy would be come due, allowing me to redeem the mortgage on my house I was experiencing great difficulty in meeting the final payments putting my house at risk. My brother, Brendan Nolan, Matthew's father mentioned my predicament when Matthew had enquired after me. With any prompting and without me even having to ask Matthew for his help, Matthew raised a loan of $5,000 which was immensely helpful helping me through this difficult period until I was able to repay Matthew when my pension endowment became due. This spontaneous act of generosity is typical of the man I am proud to have as my nephew and godson.

I am an actor and theatre director and I lecture in and teach drama, speech and acting. Manys the time when teaching a class lacking in energy or commitment have I thought, we could do with a Matthew Nolan here with his infectious energy, enthusiasm, intelligence, good nature and humour to liven up the class. Such is the nature of the man I have known and loved all his life that I am shocked, surprised and saddened that he finds himself in his present serious predicament. The behaviour that you are having to consider seems so out of character. And then of course I began to consider how deeply the enormous strain his father's long and painful death during the last year must have affected Matthew. The stress of not being able to see his father during this time and not knowing whether he would indeed see him again before he died I'm sure took its toll on Matthew and was I'm sure a major contributory factor in Matthew's behaviour.

Matthew is the father of two young children and is an excellent and thorougly responsible and devoted father. He worked tirelessly to the point of exhaustion renovating and repairing the house he and his wife Erika had bought turning it into a superb family home in which to bring up his children. We have all been touched and impressed by Erika's devotion and loyalty to her husband and I know that when Matthew will be able to put this awful time behind him they will have come through the ordeal with increased strength and determination to take their place in society as hard working responsible parents and citizens.

I hope, Your Honor, you will find some of this information and my understanding of the real Matthew Nolan that I am pleased to present to you helpful in arriving at your conclusions

John Nolan.

152 bd. Malesherbes
75017 Paris, France

Fax : +33 (0)1 44 40 41 03
e-mail : timfox@noos.fr

Paris, May 14th, 2010

Re: Matthew Francis Nolan

Your Honor,

Back in the early nineties when my young family and I disembarked at Chicago's O'Hare International airport, Matt was there to meet us and drive us north to Barrington where he was living with his parents and youngest brother, Jonathan, my godson (middle brother Christopher was still in boarding school in England). He had taken time off work as a car salesman—he was only barely into his twenties yet already determined to make his own way in life—to make the journey. It was a typical Matt gesture. And it was also typical that he didn't stop there. Knowing we were intending to drive north into Wisconsin where one of my sister's lived, he spontaneously offered to lend us his car, even though it meant he had to make other arrangements to get to and from work. And we were gone a full five days; it couldn't have been very convenient for him. Yet it was entirely his idea.

Matt has been like that ever since I've known him, which means from the time he was born. He is the eldest of three sons born to Brendan and Christina, whom I have known for forty-seven years, and very much a chip off the old block, the worthy off-spring of a wonderful, generous, loving couple. All three boys in fact have their parents' open-hearted, positive, giving attitude to life. My own life has been made richer for knowing them, and I have a special place in my heart for Matthew, for he was the first of the next generation.

Having seen him grow up, I feel I know Matt well. He lived near us in Paris for over a year during which time he would visit and often take over the baby-sitting chores when we would go out, for which he always refused any form of payment. I am not at all surprised to read in Erika Nolan's letter to you that he is a wonderful father, for I have seen him with my own children and can attest to his warmth and sincere interest in their development. I have always been very touched by Matt's devotion to me and my family, rather as if he saw us as an extension of his own, both with Erika, Parker and PJ and his own parents, brothers and cousins. I know how proud of them all he is and am quite sure he regrets his incarceration as much for the effect it has on all of them as for his own loss of freedom. Using only a faded old photo, he has drawn, for example, a marvelous portrait of the paternal grandfather he never knew (shot down over northern France towards the end of World War Two) and whose name he bears as his second given name. The choice of his subject in the portrait is not, I think, due simply to chance.

Your Honor, whatever the charges against Matt, I would ask you to take into consideration that the man hasn't a mean bone in his body and that whatever he has done must surely be seen in the light of the terrible events he was forced to suffer last year as his father was dying of cancer and he was unable to be with him. Not to mention the pain he has endured being forced to live away from his wife and young sons. He is a man of character, devotion and honor who, in my humble opinion, would be worthy of the court's indulgence.

Thank you for your kind attention and consideration,

Yours sincerely,

Timothy Fox
Translator / Interpreter

To: His Honor the Judge 15.5.2010

Re    MATTHEW  FRANCIS  NOLAN

Your Honor,

My full names are Peter James Brooker and my address is, The Old Mill, Mill Lane, East Runton, Norfolk, England. I am 72 years of age and practiced law as a solicitor in London for some 40 years before retiring just over 10 years ago. For most of that time I was an equity partner in the firm but for my last few years in practice they retained me as a consultant. In addition for many years I sat on a Legal Aid Panel often acting as chairman and although my own practice was quite wide in scope of legal business undertaken this enabled me to explore areas of law which would otherwise have been outside my experience.

I am married with two adult children and two grandchildren and have always pursued a number of different interests outside the law. From 1974 until 1992 I was governor at my old school, St. George's College, Weybridge, Surrey. This is a Roman Catholic public school and it is where I met and became a lifelong friend of Matthew's father, Brendan Nolan and his brother, Matthew's Uncle John.

I attended the wedding of Brendan and his wife, Christina, more than 40 years ago and well remember the happiness in the family when first Matthew was born and later his two brothers, Christopher and Jonathan. Sadly, Brendan passed away last November after a long brave fight with cancer. Obviously this caused Christina and her sons considerable distress and it was a particularly difficult time for Matthew who has always been very close to his father but was unable to be on hand.

Another firm friend that Matthew's father, Brendan, and I met at school was John Padovan. I mention his name because I believe that he might be prepared to add some comments in the hope that they will be helpful. He, his wife and three young boys along with my wife and I and our then two young children, my brother and his family and the Nolans enjoyed several sailing holidays on the inland waters known as the Norfolk Broads. Matthew would have been in his teens then and I can say that this is when we really got to know him better as a person.

I learnt to respect him as an independent and stalwart character with very decent family values and quiet determination. Integrity seemed to be a natural part of him which makes his present fall from grace all the more difficult to comprehend. Rather than trying to further describe my impressions of his qualities I think that as this stage it is worth recording Matthew's part in three different incidents on those sailing holidays.

When his little brother, Jonathan, toppled off the yacht into deep running water without his lifejacket on, Matthew did not hesitate to dive in fully clothed, find him and pull him out. If he had not acted so swiftly and with no thought for his own safety there is no doubt that Jonathan would have drowned. Again when my sister-in-law sustained a serious head wound from a falling mast which jumped out of the holding tackle, Matthew was one of the first to go to her aid, call an ambulance and ensure that she was driven to hospitable urgently. This happened shortly after a motor cruiser sought our party's aid because in dark muddy freezing waters rope had become entangled in its propeller. Matthew took little persuasion to strip off and plunge in with a knife in his teeth to cut the rope and free the propeller, a dangerous and in the conditions, accomplished feat.

Matthew is that sort of person. I am relating my own experience and knowledge of him but I also know that he is a loving and caring husband and father who honours, respects and observes all the qualities of the family which reared him. Whatever he may have done and whatever company he has kept has done to lead him astray I can vouch for the fact that at core he is a thoroughly decent man.

Peter J. Brooker.

**15 LORD NORTH STREET**

**LONDON SW1P 3LD**

**020 7222 3261**

19.05.10

To: His Honor the Judge

### Re: MATTHEW FRANCIS NOLAN

May I commence by saying that I have had sight of the letter dated 15 May 2010 sent to you by Mr Peter J. Brooker regarding Matthew Nolan. I am in a position to confirm all the facts and opinions mentioned by Mr Brooker and, although I have had no direct contact with Matthew Nolan since his move back from UK to the United States, I wholeheartedly agree with Mr Brooker's assessment that Matthew Nolan is "at core a thoroughly decent man".

My full name is John Mario Faskally Padovan and my address is as above. Like Mr Brooker, I am 72 and was educated at St George's College, Weybridge. After completing law degrees at London and Oxford Universities, I qualified in 1963 as a Chartered Accountant with Price Waterhouse & Co. For 25 years I was in the investment banking business, being Chairman of National Westminster Bank's investment bank, Deputy Chairman of Hambros Bank and Deputy Chairman of BZW. In the last 20 years I have been Chairman or a non-executive Director of numerous public and private companies including Tesco Plc and Whitbread Plc. For 20 years I have been on the Court of The Drapers' Company ("Master" in 2000), a major City of London Charity and was also for many years on the Advisory Board of the Salvation Army.

Brendon Nolan, Matthew's father, was a very good friend at both school and Oxford University and we and our families have always kept closely in touch (including through the holidays Mr Brooker refers to) until Brendon's sad and untimely death some six months ago.

Please let me know if there is any further information I can give you.

Yours sincerely,

J M F PADOVAN

May 21, 2010

Your Honor,

I appreciate the opportunity to write to you on behalf of my friend Matt Nolan. I have known Matt since he came down to the floor of the Chicago Mercantile Exchange in the fall of 1997. At that time, I was a broker in the Nikkei 225 stock index pit.

Matt came to the trading floor of the CME after selling his coffee shops earlier in the year. He had befriended one of the independent traders in my pit who had become a regular in Matt's coffee shop. When he knew he was selling the shop, he asked the trader if he could come down to the floor with him to see what it was like. It was at that time that I met Matt. He was motivated, smart and had such a dry wit. I liked him immediately. Matt struck a deal with me. I would sign him on the floor and he would work for me as a clerk, for no pay. If I liked his work, I could make the choice to bring him on.

Well, to say he excelled, would be an understatement. Matt not only impressed me, but all my customers as well. In a world where your word is your bond, Matt was beyond reproach. If he said it, he meant it, and that's all I ever needed to know. I can't fully explain how important that level of trust is to a broker's peace of mind. In my time at the CME, I have seen clerks hide errors on brokers that have literally cost them their whole life savings. Needless to say, Matt was hired, with pay.

From that time on, Matt and I have been friends. He always was there for me in the rough and tumble atmosphere that was prevalent in those days in the pit. Much like others who endure emotional highs and lows together, we formed a bond of friendship that remains strong, even after many years and distance.

As the trading business changed, Matt moved on to start a real estate business. We would get together for lunch from time to time and he would tell me hilarious stories about the travails of rehabbing buildings. For Matt, it always seemed fun. He just has a great positive attitude about everything he does. It's truly infectious.

His positive attitude is also paramount when he talks about his family. To Matt, his family means everything. He considers himself to be so blessed to have his wife and two young sons in his life.

Over the years, I have seen Matt excel as a friend, a businessman and most importantly as a husband and father. Please consider all of his positive attributes when you evaluate his plea and sentence. Thank you.

Regards,

Angelo Papadourakis
847-530-1368