June 28, 2010

Your Honor,

Whilst my brother, Matthew Nolan's, current situation is both a mystery and a shock to me, I feel that since we grew up with only eighteen months separating us, it is only right for me to try and tell you something of what it was to grow up with Matt, and perhaps what it means for him to have been incarcerated for the last year.

Family was always extremely important to my older brother. For me, as a young boy heading off to boarding school for the first time, it was no small source of comfort to have an older brother there to show me the ropes and help me navigate the Darwinian environment of an English Catholic boarding school. My brother supported me during this time with a loyalty that I have to believe would still characterize his attitude towards helping those who might need him. He looked out for me without regard for himself, and I believe this suggests the depth of his commitment to family. Matt has children, and I am sure that he understands the importance of his role in their lives, just as our father, Brendan, was one of the most significant figures in Matt's own life.

While Matt has been in jail, our father lost his battle with cancer. My older brother was extremely close to our father, and whilst Matt's situation was a confusing and heartbreaking one for my father to face, his love for his eldest son never wavered. I am convinced that whatever else might be said about the effect of Matt's imprisonment, his not being able to be present at our father's death bed, not being able to say goodbye to the father he respected and loved so much, has been an awful punishment for him. My older brother wanted nothing more in life than for our father to be proud of him. My father *was* proud of Matt, Matt's family, Matt's wonderful children.

I am sure that Matt's separation from this family, and his inability to say goodbye to his father, will have focused his mind sharply on the important realities of his life- his children, his wife, his responsibility to protect and provide for them as a productive member of society. Knowing my brother's commitment to family, I believe that the shame and hardship his incarceration has brought on them means that his punishment has already been substantial.

I hope that it is possible for you to take this into consideration while determining any further punishment. I believe that he would seize upon a second chance to show that he is a man capable of good- good on behalf of his wife and children, and good on behalf of society as a whole.

Yours sincerely,

Christopher Nolan