June 12th, 2010

The Honorable Judge Hibbler, Northern District of Illinois

Dear Judge Hibbler,

My name is Jonathan Nolan. I am writing in the hopes of sharing with you my insight into the character of my oldest brother, Matthew Francis Nolan.

My brother Matt is, and always has been, a generous and hard-working man. He is also a caring and attentive father, husband, son and brother. When I was a child, if I had a problem – from the mundane to the life threatening – it was as often as not Matt who came to my rescue. He saved my life on at least one occasion: as a five-year-old I fell into a deep section of a river in Norfolk and was hauled out by Matt, who had somehow heard the splash and dived in without hesitation.

Matt is the kind of person who is always happy to pitch in when he encounters someone in need – sometimes at considerable cost to himself. I remember one snowy Chicago night on which Matt came home, laughing because he had broken the suspension on his SUV trying to help a stranded trucker.

For my entire life, I have known that if I needed help I could call Matt and he would drop everything to help me; my entire life, that is, until last year.

Matt's incarceration has been difficult on his entire family. It has been an especially challenging year for us – we buried my father last fall after he succumbed to cancer. I know that my brother has suffered greatly by not being able to join us at my father's hospital bed when he passed.

The hardest part of this struggle, however, has been reserved for Matt's wife, Erika, and their young children, Parker and PJ – my godsons. His boys are smart and full of affection, like their father, but when I visit them I can see the toll my brother's absence has taken. It truly pains me that Matt has not been able to be there to look out for them, as he was for me when I was their age.

Thank you for this opportunity. I know that you are being presented with many perspectives on my brother. I hope that you will give some weight to mine, as I have known him, and loved him, all my life.

Sincerely,

Jonathan Nolan